JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ERIC YLMO SANFORD,

    Petitioner,

v.

MCEWEN, Warden,

    Respondent.

Case No. CV 12-6169-CAS (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: APRIL 2, 2013

Christina A. Snyder
United States District Judge

