FILED
APR - 4 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ERIC YLMO SANFORD,           )   Case No. CV 12-6169-CAS (MLG)
                             )
        Petitioner,          )   JUDGMENT
                             )
    v.                       )
                             )
MCEWEN, Warden,              )
                             )
        Respondent.          )
                             )

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: APRIL 2, 2013

_____
Christina A. Snyder
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY